UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL MARCEL CARTER, #410324,       )<br>        Plaintiff,              )<br>                                 )<br>-v-                              )<br>                                 )<br>UNKNOWN MAWER,                   )<br>        Defendant.               )<br>_____) | No. 1:11-cv-766<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted summary judgment for Defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Joel Marcel Carter.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  November 28, 2012                    /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           Chief United States District Judge